# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KYLE JONES

VERSUS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, SUBRENIA
JOHNSON AND STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY

NO.  2022 CW 0365

**JULY 7, 2022**

---

In Re:    Kyle Jones, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 686,401.

---

**BEFORE:   McCLENDON, WELCH, AND HESTER, JJ.**

**WRIT GRANTED WITH ORDER.**  We find the trial court erred in its March 23, 2022 ruling denying plaintiff, Kyle Jones's, motion to compel.  Therefore, we reverse the trial court's March 23, 2022 ruling denying plaintiff, Kyle Jones's, motion to compel, grant the motion to compel, and order that defendant, State Farm Mutual Automobile Insurance Company, respond to the discovery requests, including the setting of the corporate deposition of defendant, State Farm Mutual Automobile Insurance Company, on or before August 22, 2022.  State Farm Mutual Automobile Insurance Company may assert any objection or privilege in accordance with La. Code Civ. P. art. 1424(C).

                    **PMc**
                    **JEW**
                    **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sm_

---
DEPUTY CLERK OF COURT
     FOR THE COURT